United States District Court
Southern District of Texas
**ENTERED**
September 16, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 2:24–CR–00023 |
| | § | |
| JESSICA VORSTER | § | |

## ORDER ACCEPTING GUILTY PLEA

    Before the Court is the Findings and Recommendation of United States Magistrate Judge Julie K. Hampton containing the recommendation that this Court (1) adopt the findings that the Defendant's guilty plea in the above-styled and numbered cause was knowingly and voluntarily entered, with a full understanding of the consequences of the plea and the constitutional rights being waived, and that the plea was supported by an adequate basis in fact; (2) accept the Defendant's guilty plea; and (3) adjudge the Defendant guilty of the offense charged.

    More than fourteen days have passed since the parties were served with the Magistrate Judge's Findings and Recommendation, and no party has filed objections or requested de novo review. The Court regards such omission as the parties' agreement with and acceptance of the Magistrate Judge's findings. When no timely objection to a magistrate judge's findings and recommendation is filed and no request for de novo review is made, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's findings and recommendation. *United States v. Underwood*, 597 F.3d 661, 669 (5th Cir. 2010); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *United States v. Dees*, 125 F.3d 261, 268 n.7 (5th Cir. 1997). Here, the Court finds that the Magistrate Judge's Findings and Recommendation is supported by the record and that there is no clear error.

    **THEREFORE**, the Court **ADOPTS** the Magistrate Judge's findings as its own, **ACCEPTS** the Defendant's plea of guilty, and **ADJUDGES** the Defendant guilty as charged in Count One of the Indictment.

    **ORDERED** on the 16th of September 2024.

_____
Nelva Gonzales Ramos
United States District Judge